ACCEPTED
03-15-00083-CV
7724506
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 2:32:42 PM
JEFFREY D. KYLE
CLERK

# STATE BAR OF TEXAS



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 2:32:42 PM
JEFFREY D. KYLE
Clerk

*Office of the Chief Disciplinary Counsel*

November 6, 2015            By Electronic Filing

Mr. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:   No. 03-15-00083-CV; *Craig A. Washington v. Commission for Lawyer Discipline*

Dear Mr. Kyle:

Please be advised that the undersigned attorney, Cynthia Canfield Hamilton, will present oral argument for the Appellee on December 16, 2015.

Please feel free to contact me at (512) 427-1349 if you have questions.

Thank you for your assistance.

Sincerely,

/s/ Cynthia Canfield Hamilton
Cynthia Canfield Hamilton
Senior Appellate Counsel

c:     Mr. Michael A. Stafford, Ms. Katharine Davis, Mr. John MacVane
       Gardere Wynne Sewell, LLP
       1000 Louisiana, Suite 3400, Houston, TX 77002-5011
       (By Electronic Service)